**No. 44048.**—Protest 999391–G of L. Oppleman, Inc. (New York).

Opinion by TILSON, J. It was agreed that the merchandise consists of opera or field glasses and that they were not withdrawn from bonded warehouse until after the effective date of the French Trade Agreement. The claim at 35 percent under paragraph 228 (b) and T. D. 48316 was therefore sustained.